IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PHARMACISTS MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NAMIC INSURANCE COMPANY, INC.,<br><br>Defendant. | Case No. _____<br><br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Defendant, NAMIC Insurance Company, Inc. ("NAMICO"), hereby gives notice of the removal of this action pursuant to 28 U.S.C. § 1441 *et seq.* and Local Rule 81. Removal is in accordance with 28 U.S.C. § 1441 *et seq.*, as this Court would have had diversity jurisdiction over this action under 28 U.S.C. § 1332(a). In support of its Notice of Removal, NAMICO states as follows:

1. Plaintiff, Pharmacists Mutual Insurance Company ("PHMIC"), commenced a civil action on November 16, 2020, captioned *Pharmacists Mutual Insurance Company v. NAMIC Insurance Company, Inc.,* in the Iowa District Court for Kossuth County, Case No. LACV027507 (the "State Court Action").

2. NAMICO has reviewed the state court's docket and determined that the following attached process and pleadings have been filed:

- Petition and Exhibits 1 – 6
- Affidavit of Identity
- Civil Original Notice
- Application for Admission Pro Hac Vice (Dennis Bartlett for Plaintiff)
- Acceptance of Service
- Order Denying Application for Admission Pro Hac Vice (Bartlett)

1

- Application for Admission Pro Hac Vice (Bartlett)
- Order Approving Application for Admission Pro Hac Vice (Bartlett)
- Notice to Attorney Pro Hac Vice (Bartlett)
- Plaintiff's Notice of Service

3. Defendant NAMICO received a courtesy copy of Plaintiff's Petition on November 17, 2020. NAMICO accepted service of Plaintiff's Petition in the State Court Action on November 30, 2020. In accordance with 28 U.S.C. § 1446(b), NAMICO timely filed this Notice of Removal within 30 days of its receipt of Plaintiff's Petition.

4. In the State Court Action, as set forth in the Petition, Plaintiff PHMIC claims that NAMICO breached the applicable insurance contract and acted in bad faith because it did not reimburse PHMIC for a portion of the amount of settlement it paid to an insured of PHMIC, Kimberly Schock, in a breach of contract and bad faith case she had filed against PHMIC in Colorado.

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 for the reasons set forth below:

a. **Complete diversity exists**. The following statements were true on <u>both</u> the date that Plaintiff filed its Petition (November 16, 2020) and the date that NAMICO filed its Notice of Removal (December 15, 2020):

   1. Plaintiff, Pharmacists Mutual Insurance Company, was incorporated in the State of Iowa with its principal place of business in Algona, Kossuth County, Iowa, and is a citizen of Iowa. (Plaintiff's Petition, ¶ 1).

   2. Defendant NAMICO was incorporated in the State of Indiana with its principal place of business in Indianapolis, Indiana, and is a citizen of Indiana. *See* 28 U.S.C. § 1332(c)(1) (a corporation is a citizen of the state of its incorporation and the state of its principal place of business).

b. **The amount in controversy exceeds $75,000.00.**  Based on the content of Plaintiff's Petition, NAMICO believes in good faith that the amount in controversy exceeds $75,000.00, exclusive of costs and interest. Plaintiff refers to the amount in dispute in paragraphs 53 and 54 of its Petition, where it alleges that NAMICO made an unreasonable allocation when it did not pay $500,000 of the $1,000,000 that Plaintiff PHMIC paid in settlement to Kimberly Schock in the underlying contract case against PHMIC in Colorado.  NAMICO satisfies its burden to prove that the amount in controversy exceeds $75,000.00.

The amount in controversy is measured by the "value to the plaintiff of the right sought to be enforced." *Advance Am. Servicing of Ark. V. McGinnis*, 526 F.3d 1170, 1173 (8th Cir. 2008). *See also Hatridge v. Aetna Cas. & Surety Co.*, 415 F.2d 809, 815 (8th Cir. 1969) (the amount in controversy is the amount that the complainant seeks to recover or the sum that defendant will lose if the complainant wins the suit).  In other words, the amount in controversy is the amount that Plaintiff will seek from a jury.

Further, Plaintiff seeks punitive damages against NAMICO for bad faith.  "Punitive damages are included in determining the amount in controversy for diversity jurisdiction purposes." *Varboncoeur v. State Farm Fire and Cas. Co.*, 356 F.Supp.2d 935 (S.D. Iowa 2005) (Order on Motion to Remand) (*citing Missouri ex rel. Pemiscot Co. v. Western Sur. Co.*, 51 F.3d 170, 173 (8th Cir. 1995); s*ee also Crawford v. F. Hoffman-La Roche Ltd.*, 267 F.3d 760, 766 (8th Cir. 2001) ("Punitive damages, of course, may be used to establish diversity jurisdiction"). Although NAMICO denies that its conduct was wrongful or warrants an award of punitive damages against it, punitive damages may be recoverable for bad faith.  *See Pogge v. Fullerton Lumber Co.*, 277 N.W.2d 916, 920 (Iowa 1979); *Stahl v. Preston Mut. Ins. Ass'n*, 517 N.W.2d

201, 203 (Iowa 1994). Therefore, when compiling all Plaintiff's claims against NAMICO, the amount in controversy exceeds $75,000.00.

NAMICO reserves the right to amend and/or supplement this Notice of Removal.

WHEREFORE, the Defendant, NAMIC Insurance Company, Inc., hereby removes the State Court Action pending as Case No. LACV027507 in the Iowa District Court for Kossuth County to this Honorable Court.

**LEDERER WESTON CRAIG PLC**

By: */s/ J. Michael Weston*
J. Michael Weston  AT0008405
Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P.O. Box 1927
Cedar Rapids, IA  52406-1927
Phone:  (319) 365-1184
Fax:     (319) 365-1186
E-mail:  mweston@lwclawyers.com
E-mail:  bwallrichs@lwclawyers.com

**ATTORNEYS FOR DEFENDANT
NAMIC INSURANCE COMPANY, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a true copy of the foregoing instrument was served upon all parties in interest to the above-entitled cause by enclosing the same in an envelope addressed to each party at each party's respective address by *electronic mail*. The parties in interest referred to above are:

>Drew J. Gentsch, Esq.
>Whitfield & Eddy, P.L.C.
>699 Walnut Street, Suite 2000
>Des Moines, IA 50309
>E-mail: Gentsch@whitfieldlaw.com
>
>Dennis Bartlett, Esq.
>Brosseau Bartlett Lieberman
>6455 South Yosemite Street, Suite 750
>Greenwood Village, CO 80111
>E-mail: dennis@bbl.law

**ATTORNEYS FOR PLAINTIFF**

Executed this 15th day of December, 2020, in Cedar Rapids, Iowa.

>/s/ J. Michael Weston